(74 South. 1006)·

BATES v. STATE. (6 Div. 241.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; H. P. Heflin, Judge. Mattie Bates was convicted of manslaughter, and she appeals. Affirmed. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. The defendant was indicted for murder, and was convicted of manslaughter. The indictment follows the form prescribed by the statute, and the proceedings of the court shown by the record appear to be regular. Further than this, nothing is presented for review, and the judgment will be affirmed. Affirmed.

(74 South. 1006)

BERRY v. FAIRBANKS CO. (2 Div. 165.) (Court of Appeals of Alabama. Feb. 6, 1917.) Appeal from City Court of Selma; J. B. Evans, Judge. Robert A. Mangum, of Selma, for appellant. W. K. Campbell, of Selma, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(74 South. 1006)

BRANNON v. STATE. (6 Div. 154.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; Wm. E. Fort, Judge. John P. Abbott, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. We have examined the record, and·it appears therefrom that the proceedings in the trial court were regular and free from error. Affirmed.

(74 South. 1006)

CHRISTOPHER v. STATE. (7 Div. 438.) (Court of Appeals of Alabama. Feb. 10, 1917.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(74 South. 1007)

ESHMAN v. STATE. (6 Div. 166.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; William E. Fort, Judge. John P. Abbott, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. The defendant was convicted of gaming, and appeals, without a bill of exceptions. We find nothing in the record that justifies a reversal of the judgment, or warrants discussion. Affirmed.

(74 South. 1007)

FORD v. STATE. (7 Div. 422.) (Court of Appeals of Alabama. Feb. 10, 1917.) Appeal from Circuit Court, Cleburne County; Hugh D. Merrill, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(74 South. 1007)

FRANKLIN v. STATE. (6 Div. 232.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; Wm. E. Fort, Judge. Frank Andress and E. G. Hewitt, both of Birmingham, for ap-

16 ALA.APP.—44

pellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. We have examined the record in this case, and find nothing in the proceedings of the trial court of which the appellant can complain, or that warrants discussion. Affirmed.

(74 South. 1007)

McCOMBS v. STATE. (6 Div. 219.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; Wm. E. Fort, Judge. Dan A. Greene, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. On examination of the record in this case we find nothing therein to cause a reversal of the judgment of conviction, or that warrants discussion. Affirmed.

(74 South. 1007)

McGRADY v. STATE. (6 Div. 97.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from Criminal Court, Jefferson County; H. P. Heflin, Judge. McQueen & Ellis, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. The defendant was convicted of an assault with a weapon, and appeals, without reserving a bill of exceptions. We have examined the record, and find it free from error. Affirmed.

(74 South. 1007)

MALONE v. STATE. (8 Div. 451.) (Court of Appeals of Alabama. Feb. 6, 1917.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(74 South. 1007)

MITCHELL v. McMAHON. (1 Div. 250.) (Court of Appeals of Alabama. April 3, 1917.) Appeal from Law and Equity Court, Mobile County; Saffold Berney, Judge. John E. Mitchell, of Mobile, pro se. W. O. McMahon, of Mobile, pro se.

PER CURIAM. Appeal dismissed by appellant.

(74 South. 1007)

PARSONS v. STATE. (6 Div. 117.) (Court of Appeals of Alabama. March 23, 1917.) Appeal from City Court of Bessemer, J. C. B. Gwin, Judge. Lee Cowart, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, J. The record has been carefully examined, and no error appears. Affirmed.

(74 South. 1007)

ROSE v. STATE. (4 Div. 455.) (Court of Appeals of Alabama. Feb. 10, 1917.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.